

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robert Conrad Zepeda,                    * From the 35th District
                                           Court of Brown County,
                                           Trial Court No. CR22898.

Vs. No. 11-14-00255-CR                   * July 14, 2016

The State of Texas,                      * Memorandum Opinion by Willson, J.
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.